■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWELL NAZARIO, Appellant. [902 NYS2d 476]—Appeal from a judgment of the Supreme Court, Erie County (Christopher J. Burns, J.), rendered April 21, 2009. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Lococo*, 92 NY2d 825, 827 [1998]). Present—Scudder, P.J., Peradotto, Carni, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL PERNA, Appellant. (Appeal No. 2.) [901 NYS2d 896]—Appeal from an order of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered July 21, 2008. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Carni, Lindley and Sconiers, JJ.